UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jaime Luevano,                                                  Civil 11-2045 SRN/FLN

      Plaintiff,

v.                                                                       O R D E R

Texas Gov. Rick Perry,
et al.,

      Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated September 9, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to reconsider [#4] is DENIED; and

2. This action is summarily DISMISSED WITHOUT PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: October 3, 2011.           s/Susan Richard Nelson
at St. Paul, Minnesota              SUSAN RICHARD NELSON
                                         United States District Judge